Peace Bray,

True I filed a Grievance about the burn but it never came back that was March 1, 2019 when I sent it out seriously. I was in Wateree. I got the paper to this issue I filed with this though and my own incident log from the date of the incident. I didn't mention the burn in my complaint but I did mention I've been seeking medical treatment since that day. Here go the paperwork send it back when your done so I can get it sent off asap.

Send back my incident reports
Sickcall form I need them for my records
bra Peace & Equality

**LEGAL MAIL**

SOUTH CAROLINA DEPARTMENT OF CORRECTIONS
Division of Medical and Health Services

## SICK CALL and DENTAL REQUEST

*This form is to be used for:*
- *SICK CALL–SEGREGATED and CLOSE CUSTODY populations.*
- *DENTAL–at facilities where approved by dentist.*

Inmate Name: Daryl Gray          SCDC # 317285          Date 9-21-18

Institution: B.R.C.              Dorm & Room/Cell M0-257

(Check only one)   ☒ SICK CALL REQUEST          ☐ DENTAL REQUEST

**DISPOSITION:**         SHADED AREA FOR MEDICAL ONLY

☐ You have a sick call/doctor/dental appointment on: _____ at _____

☐ Nursing/dental instructions/response to inmate: _____

Returned to inmate–SIGNATURE: _____          DATE: _____

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

INMATE NAME: Daryl Gray           SCDC # 317285

WHY DO YOU WISH TO BE SEEN ON MEDICAL SICK CALL OR IN THE DENTAL CLINIC?

I was burned by a spark from the welder's grinder and needed it looked at. It left a blister on the top of my hand visible. I first told welder Miree as soon as it happen.

RE: _____          DATE: _____

(for SMU, MSU, Death Row, Safekeeper, and Close Custody inmates only)