Complaint    Deryl Gray #317285
5-8-19

Robin L. Blume
Clerk of court,

Mr. Blume. I have been inside my cell 447 days without any outside recreation or fresh air. I've been deprived of sunlight by coverings of the windows. I've been locked inside cold cell without any recreation or walk or way to stretch inside my cell with a roommate on small bunks that have been chopped that hurt your back and sides. I've talked to Warden Stephan, I've sent several request to medical, I've even done filed at least 3 grievence to cruel & unjust punish. I've asked Stephan why outside recreation isn't being permitted at his prison, his answer quote for quote "Well Mr. Gray, due to the fact, thats a priviledge and not a right. It isn't offered at my prison. I've suffered severe muscle & joint pains, heavy sinus problem, Bed soreness plus fatigue due to not being able to have access to Fresh Air & Outside Recreation. They have not allowed us access to the Law Library or even send legal Books to the lock down unit for you to look up cases pertain to civil laws. I've been trying to get to medical since Sept 21, 2018 dealing with issues from this ordeal. I've asked several officer plus a few Leuitanants & Captains about the condition to get no answer. I am asking in due to my humane rights to help with this matter. I'm being punished without any reason & I have sent several grievances to get no response.



**LEGAL MAIL**