Daryl L. Gray #317285
B.R.C.I WAT-128
4460 Broad River Rd.
Columbia, S.C. 29210



ITEM X-RAYED BY
USM 5-20-19

Clerk of District Court: Robert Bldome
901 Richmond St.
Columbia, S.C. 29201

RECEIVED
MAY 17 2019
BRCI
MAILROOM

LEGAL M

RECEIVED
USDC CLERK, COLUMBIA, SC
2019 MAY 20 AM 11:29

THE DEPARTMENT OF CORRECTIONS HAS NOT INSPECTED OR CENSORED THIS ITEM, THEREFORE, THE DEPARTMENT DOES NOT ASSUME RESPONSIBILITY FOR ITS CONTENTS.

BROAD RIVER CORRECTIONAL INSTITUTION
S.C. DEPARTMENT OF CORRECTIONS