AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of South Carolina

| Daryl Gray | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 6:19-cv-1458-MGL |
| Michael Stephan; Janice Johnson; Robert Hall, Jr.; Larrius O'Neal; Mr Duffy; Ms Waheed-Tate | ) ) ) | |
| *Defendant* | ) | |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

XX  other: The complaint is dismissed with prejudice for failure to prosecute.  Defendants Janice Johnson, Mr Duffy and Ms Waheed-Tate previously terminated on 2/5/2020 and Defendant Robert Hall Jr previously terminated on 3/23/2020.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

XX decided by the Honorable Mary Geiger Lewis.

Date:   July 29, 2020

*CLERK OF COURT*

s/Kathy Rich, Deputy Clerk

*Signature of Clerk or Deputy Clerk*